**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 3:26-cr-00110** |
| | ) | |
| **JOSE LOPEZ-RAMIREZ,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

Before the Court is the unopposed motion to dismiss the indictment without prejudice under Fed. R. Crim. P. 48(a). (Doc. No. 21). The motion is **GRANTED**. The indictment is **DISMISSED WITHOUT PREJUDICE**. The Clerk shall close the file.

IT IS SO ORDERED.

WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE